**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7529**

———————

VICTOR PERKINS,

                                   Petitioner - Appellant,

     versus

UNITED STATES OF AMERICA,

                                   Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-01-509-5-2BR)

———————

Submitted: January 28, 2002      Decided: February 7, 2002

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Victor Perkins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Perkins appeals from the district court's order and judgment dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Perkins v. United States, No. CA-01-509-5-2BR (E.D.N.C. July 27, 2001). Perkins has filed a motion for summary judgment which we deny. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED